**Opinion issued August 20, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00731-CV

———————————

**DEBORAH HUNT, Appellant**

**V.**

**DEMESNE REALTY, Appellee**

---

**On Appeal from the County Court at Law No. 4**
**Fort Bend County, Texas**
**Trial Court Case No. 14-CCV-053294**

---

## MEMORANDUM OPINION

Appellant, Deborah Hunt, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary

dismissal of case). Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Lloyd.